## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott D. Minnich<br>　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Scott D. Minnich<br>　　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 15-04365 HWV<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Request to continue trial with concurrence of Nationstar Mortgage LLC, which was filed with the Court on or about **4/9/2018**.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　412-430-3594

April 10, 2018