```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-04365-HWV
Scott D. Minnich                                                    Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: May 23, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db              Scott D. Minnich,    5407 Rodgers Avenue,    Harrisburg, PA 17112-2573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Scott D. Minnich cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter     on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
              Karina Velter     on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Thomas I Puleo     on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Scott D. Minnich <br>         Debtor <br><br> Nationstar Mortgage LLC <br>         Movant <br> vs. <br><br> Scott D. Minnich <br>         Debtor <br><br> Charles J. DeHart, III Esq. <br>         Trustee | CHAPTER 13 <br> BK NO: 15-04365 HWV |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to June 22, 2018.

Dated: May 23, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)