```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 15-04365-HWV
Scott D. Minnich                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: DGeorge      Page 1 of 1      Date Rcvd: Jun 14, 2019
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
4752194      +Nationstar Mortgage LLC,    Attention: Bankruptcy Department,    PO Box 619094,
            Dallas TX 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
           Craig A. Diehl    on behalf of Debtor 1 Scott D. Minnich cdiehl@cadiehllaw.com,
            jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
           James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
           Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
           Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
           Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                   TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04365-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott D. Minnich
5407 Rodgers Avenue
Harrisburg PA 17112-2573

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619094, Dallas TX 75261-9741

Name and Address of Transferee:

Wilmington Trust, National Association, et. al.
c/o Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450
Wilmington Trust, National Association,
c/o Planet Home Lending, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/16/19

Terrence S. Miller
**CLERK OF THE COURT**