# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

IN RE:                                    Case No. 15-04365-HWV
                                                     Chapter 13

SCOTT D. MINNICH

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                           By:       _/s/ Christopher M. McMonagle, Esquire_
                                          Christopher M. McMonagle, Esquire
                                          Bar No: 316043
                                          Stern & Eisenberg, PC
                                          1581 Main Street, Suite 200
                                          The Shops at Valley Square
                                          Warrington, PA 18976
                                          Phone: (215) 572-8111
                                          Fax: (215) 572-5025
                                          cmcmonagle@sterneisenberg.com
                                          Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of November 2019, to the following:

Craig A. Diehl
3464 Trindle Road
Camp Hill, PA 17011-4436
cdiehl@cadiehllaw.com
*Attorney for Debtor(s)*


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*


United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*Asst. U.S. Trustee*


and by standard first-class mail postage prepaid to:

Scott D. Minnich
5407 Rodgers Avenue
Harrisburg, PA 17112-2573
*Debtor(s)*


                                          By:    */s/Christopher M. McMonagle, Esquire*