UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SCOTT D. MINNICH

Case No.: 1-15-04365-HWV
Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

Creditor Name:     NATIONSTAR MORTGAGE LLC
Court Claim Number:     04
Last Four of Loan Number:     7932/PRE ARREARS/5407 RODGERS AVE
Property Address if applicable:     5407 RODGERS AVENUE, , HARRISBURG, PA17112-2573

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,757.00 |
| b. | Prepetition arrearages paid by the Trustee: | $2,757.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,757.00 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 20, 2020          Respectfully submitted,

<div style="margin-left:40%">

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

</div>

Creditor Name: NATIONSTAR MORTGAGE LLC
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 1170425 | 07/06/2017 | $36.34 | $0.00 | $36.34 |
| 5210 | 1177454 | 12/05/2017 | $78.29 | $0.00 | $78.29 |
| 5210 | 1178870 | 01/11/2018 | $78.29 | $0.00 | $78.29 |
| 5210 | 1180257 | 02/08/2018 | $148.75 | $0.00 | $148.75 |
| 5210 | 1181617 | 03/08/2018 | $78.30 | $0.00 | $78.30 |
| 5210 | 1186085 | 05/15/2018 | $156.58 | $0.00 | $156.58 |
| 5210 | 1187398 | 06/07/2018 | $78.29 | $0.00 | $78.29 |
| 5210 | 1191469 | 09/06/2018 | $156.59 | $0.00 | $156.59 |
| 5210 | 1192802 | 10/10/2018 | $156.58 | $0.00 | $156.58 |
| 5210 | 1195558 | 12/13/2018 | $54.58 | $0.00 | $54.58 |
| 5210 | 1196936 | 01/10/2019 | $155.91 | $0.00 | $155.91 |
| 5210 | 1199329 | 03/12/2019 | $77.96 | $0.00 | $77.96 |
| 5210 | 1200684 | 04/11/2019 | $77.95 | $0.00 | $77.95 |
| 5210 | 1202025 | 05/09/2019 | $77.95 | $0.00 | $77.95 |
| 5210 | 1203334 | 06/06/2019 | $77.97 | $0.00 | $77.97 |
| 5210 | 1204727 | 07/11/2019 | $155.91 | $0.00 | $155.91 |
| 5210 | 1208715 | 10/10/2019 | $277.58 | $0.00 | $277.58 |
| 5210 | 1211204 | 12/12/2019 | $78.13 | $0.00 | $78.13 |
| 5210 | 1212564 | 01/16/2020 | $257.81 | $0.00 | $257.81 |
| 5210 | 1213916 | 02/13/2020 | $171.88 | $0.00 | $171.88 |
| 5210 | 1216511 | 04/14/2020 | $93.75 | $0.00 | $93.75 |
| 5210 | 1217553 | 05/06/2020 | $82.89 | $0.00 | $82.89 |
| 5210 | 1218520 | 06/02/2020 | $148.72 | $0.00 | $148.72 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SCOTT D. MINNICH  Case No.: 1-15-04365-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CRAIG A. DIEHL, ESQUIRE<br>3464 TRINDLE ROAD<br>CAMP HILL PA,  17011- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE, LLC<br>D/B/A MR. COOPER<br>PO BOX 619096<br>DALLAS, TX,  75261-9741 | SERVED BY 1ST CLASS MAIL |
| SCOTT D. MINNICH<br>5407 RODGERS AVENUE<br>HARRISBURG, PA  17112-2573 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com