UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SCOTT D. MINNICH                          Case No.: 1-15-04365-HWV
                                                                   Chapter 13

            Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION | |
|---|---|---|
| Creditor Name: | PLANET HOME LENDING LLC | |
| Court Claim Number: | 03 | |
| Last Four of Loan Number: | 8420/PRE ARREARS/5407 RODGERS AVE | |
| Property Address if applicable: | 5407 RODGERS AVENUE, , HARRISBURG, PA17112-2573 | |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:                                                 $19,751.80
b. Prepetition arrearages paid by the Trustee:                            $19,751.80
c. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                                   $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:        $0.00
e. Allowed postpetition arrearage:                                                    $0.00
f. Postpetition arrearages paid by the Trustee:                                    $0.00
g. Total b, d, f:                                                                                       $19,751.80

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 20, 2020             Respectfully submitted,

                                            s/ Charles J. DeHart, III, Trustee
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            Fax: (717) 566-8313
                                            eMail: dehartstaff@pamd13trustee.com

Creditor Name:  PLANET HOME LENDING LLC
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1170424 | 07/06/2017 | $260.33 | $0.00 | $260.33 |
| 5200 | 1177452 | 12/05/2017 | $560.91 | $0.00 | $560.91 |
| 5200 | 1178867 | 01/11/2018 | $560.90 | $0.00 | $560.90 |
| 5200 | 1180255 | 02/08/2018 | $1,065.71 | $0.00 | $1065.71 |
| 5200 | 1181615 | 03/08/2018 | $560.91 | $0.00 | $560.91 |
| 5200 | 1186083 | 05/15/2018 | $1,121.81 | $0.00 | $1121.81 |
| 5200 | 1187396 | 06/07/2018 | $560.91 | $0.00 | $560.91 |
| 5200 | 1191467 | 09/06/2018 | $1,121.80 | $0.00 | $1121.80 |
| 5200 | 1192800 | 10/10/2018 | $1,121.81 | $0.00 | $1121.81 |
| 5200 | 1195556 | 12/13/2018 | $390.95 | $0.00 | $390.95 |
| 5200 | 1196933 | 01/10/2019 | $1,117.01 | $0.00 | $1117.01 |
| 5200 | 1199327 | 03/12/2019 | $558.51 | $0.00 | $558.51 |
| 5200 | 1200682 | 04/11/2019 | $558.50 | $0.00 | $558.50 |
| 5200 | 1202023 | 05/09/2019 | $558.51 | $0.00 | $558.51 |
| 5200 | 1203332 | 06/06/2019 | $558.50 | $0.00 | $558.50 |
| 5200 | 1204865 | 07/11/2019 | $1,117.01 | $0.00 | $1117.01 |
| 5200 | 1208813 | 10/10/2019 | $1,988.66 | $0.00 | $1988.66 |
| 5200 | 1211336 | 12/12/2019 | $559.70 | $0.00 | $559.70 |
| 5200 | 1212703 | 01/16/2020 | $1,847.03 | $0.00 | $1847.03 |
| 5200 | 1214051 | 02/13/2020 | $1,231.35 | $0.00 | $1231.35 |
| 5200 | 1216642 | 04/14/2020 | $671.64 | $0.00 | $671.64 |
| 5200 | 1217655 | 05/06/2020 | $593.90 | $0.00 | $593.90 |
| 5200 | 1218632 | 06/02/2020 | $1,065.44 | $0.00 | $1065.44 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SCOTT D. MINNICH                                  Case No.: 1-15-04365-HWV
                                                  Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CRAIG A. DIEHL, ESQUIRE<br>3464 TRINDLE ROAD<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| PLANET HOME LENDING, LLC<br>321 RESEARCH PARKWAY, SUITE 303<br>MERIDEN, CT, 06450 | SERVED BY 1ST CLASS MAIL |
| SCOTT D. MINNICH<br>5407 RODGERS AVENUE<br>HARRISBURG, PA 17112-2573 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com