Fill in this information to identify the case:

Debtor 1  Scott D. Minnich

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)
Case number 1:15-bk-04365-HWV

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CWHEQ HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-S8

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7932

**Property address:** 5407 RODGERS AVENUE ,
Number    Street

HARRISBURG , PA 17112
City           State       ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   10/01/2020
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:   + (b) $_____

c. Total. Add lines a and b.   (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

| Debtor 1 | Scott D. Minnich | Case number *(if known)* | 1:15-bk-04365-HWV |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

# Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab                    Date 08/26/2020
   Signature

Print  Charles G. Wohlrab                    Title Authorized Agent
       First Name  Middle Name  Last Name

Company  RAS Citron, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  130 Clinton Road, Suite 202
         Number       Street

         Fairfield, NJ 07004
         City        State       ZIP Code

Contact  973-575-0707                         Email  cwohlrab@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Scott D. Minnich
5407 Rodgers Avenue
Harrisburg, PA 17112-2573

And via electronic mail to:

Craig A. Diehl
3464 Trindle Road
Camp Hill, PA 17011-4436

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

        By: /s/ Kayla Howey
        Kayla Howey
        Email: khowey@rascrane.com