Certificate Number: 15111-PAM-DE-034964157

Bankruptcy Case Number: 15-04365


15111-PAM-DE-034964157

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2020, at 6:52 o'clock PM EDT, Scott Donald Minnich completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 8, 2020

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education