| | |
|---|---|
| In re: | Case No. 15-04365-HWV |
| Scott D. Minnich | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Scott D. Minnich, 5407 Rodgers Avenue, Harrisburg, PA 17112-2573 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 16, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWHEQ Home Equity Loan Asset Backed Certificates Series 2006-S8 cwohlrab@rascrane.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher M. McMonagle | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Craig A. Diehl | on behalf of Debtor 1 Scott D. Minnich cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Daniel Philip Jones | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Nationstar Mortgage LLC josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| Karina Velter | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Karina Velter | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Michael A. Trimmer | on behalf of Debtor 1 Scott D. Minnich MTrimmer@cadiehllaw.com mat002@aol.com |
| Thomas I Puleo | on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Scott D. Minnich, | Chapter 13 |
| **Debtor 1** | Case No. 1:15−bk−04365−HWV |

Social Security No.:
xxx−xx−0444

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (05/18)